DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE IGNACIO INIGUEZ-SANTANA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOSE IGNACIO INIGUEZ-SANTANA,<br>(aka: Ismael Ibarra-Sanchez)<br><br>    Defendant. | NO. 1:09-cr-00252 AWI<br><br>STIPULATION TO CONTINUE STATUS<br>CONFERENCE HEARING;<br>ORDER<br><br>Date: May 17, 2010<br>Time: 9:00 A.M.<br>Judge: Hon. Anthony W. Ishii |

  **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-captioned matter now set for April 26, 2010, **may be continued to May 17, 2010, at 9:00 a.m.**

  This continuance is requested to allow defense counsel additional time for defense preparation and for the parties to conduct further plea negotiation prior to the hearing. Assistant United States Attorney Ian Garriques does not object to this request. The requested continuance will conserve time and resources for all parties and the court.

///

///

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice, including but not limited to, the need for the period of time set forth herein for further defense
3  preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

```
                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED: April 19, 2010                   /s/ Ian Garriques
                                        IAN GARRIQUES
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


                                        DANIEL J. BRODERICK
                                        Federal Defender


DATED: April 19, 2010                   /s/ Melody M. Walcott
                                        MELODY M. WALCOTT
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        JOSE IGNACIO INIQUEZ-SANTANA
```

## O R D E R

**IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:   April 19, 2010**              /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE