DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE INIGUEZ-SANTANA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JOSE INIGUEZ-SANTANA, Defendant. | NO. 1:09-cr-00252 AWI<br>STIPULATION RE COMPETENCY TO STAND TRIAL (18 U.S.C. § 4241(d)) AND ORDER THEREON<br>Judge: Hon. Anthony W. Ishii |

Based on a review of the psychological records from CDC and defense counsel's representations in her declaration, it appears pursuant to 18 U.S.C. § 4241(d) that there is reasonable cause to believe that Mr. Iniguez-Santana is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. **The parties hereto, by and through their respective counsel, hereby stipulate and request** that the court issue an Order for determination as to defendant's competency to stand trial, as follows:

**ORDER**

Pursuant to 18 U.S.C. § 4241(d)(1), the court hereby commits the defendant to the custody of the Attorney General. The Attorney General shall hospitalize the defendant for treatment in a suitable facility for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there

is a substantial probability that in the foreseeable future he will attain the capacity to permit the trial to proceed.

At the end of the four month period, the director of the facility will certify that Mr. Iniguez-Santana has attained the capacity to permit the trial to proceed or that his condition has not so improved as to permit the trial to proceed pursuant to 18 U.S.C. § 4241, and the court shall hold a hearing pursuant to the provisions of 18 U.S.C. § 4247(d). All time will be excluded in computing the time within which the trial of defendant's current offense must commence pursuant to 18 U.S.C. §§ 3161 (h)(1)(A), (h)(4).

The parties further stipulate that the status conference hearing in these proceedings currently set for June 21, 2010 may be vacated and that a status hearing may be set for October 25, 2010 at 9:00 A.M.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: June 14, 2010

/s/ Ian Garriques
IAN GARRIQUES
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: June 14, 2010

/s/ Melody M. Walcott
MELODY M. WALCOTT
Assistant Federal Defender
Attorneys for Defendant
JOSE IGNACIO INIQUEZ-SANTANA

**O R D E R**

Pursuant to 18 U.S.C. § 4241(d)(1), the court hereby commits the defendant to the custody of the Attorney General. The Attorney General shall hospitalize the defendant for treatment in a suitable facility for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the trial to proceed.

At the end of the four month period, the director of the facility will certify that Mr. Iniguez-Santana has attained the capacity to permit the trial to proceed or that his condition has not so improved as to permit the trial to proceed pursuant to 18 U.S.C. § 4241, and the court shall hold a hearing pursuant to the provisions of 18 U.S.C. § 4247(d). All time will be excluded in computing the time within which the trial of defendant's current offense must commence pursuant to 18 U.S.C. §§ 3161 (h)(1)(A), (h)(4).

The status conference hearing in these proceedings currently set for June 21, 2010 is hereby vacated and a status conference hearing is hereby set for October 25, 2010 at 9:00 A.M.

IT IS SO ORDERED.

Dated: June 21, 2010

CHIEF UNITED STATES DISTRICT JUDGE