DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE IGNACIO INIGUEZ-SANTANA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:09-cr-00252 AWI |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; |
| v. | ORDER |
| JOSE IGNACIO INIGUEZ-SANTANA,<br>(aka: Ismael Ibarra-Sanchez) | Date:  November 22, 2010<br>Time:  9:00 A.M.<br>Judge: Hon. Anthony W. Ishii |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-captioned matter now set for November 1, 2010, **may be continued to November 22, 2010, at 9:00 a.m.**

This continuance is requested to allow defense counsel additional time for further plea negotiation prior to the hearing.  The parties have not yet received a report from the Psychiatrist relative to defendant's mental status.  Assistant United States Attorney Ian Garriques does not object to this request.  The requested continuance will conserve time and resources for all parties and the court.

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(A) and (h)(7)(A) and (B).

BENJAMIN B. WAGNER
United States Attorney

DATED: October 28, 2010        /s/ Ian Garriques
                               IAN GARRIQUES
                               Assistant United States Attorney
                               Attorney for Plaintiff


                               DANIEL J. BRODERICK
                               Federal Defender

DATED: October 28, 2010        /s/ Melody M. Walcott
                               MELODY M. WALCOTT
                               Assistant Federal Defender
                               Attorney for Defendant
                               JOSE IGNACIO INIQUEZ-SANTANA

**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(A) and (h)(7)(A) and (B).

IT IS SO ORDERED.

Dated:   October 29, 2010                    _____
                                             CHIEF UNITED STATES DISTRICT JUDGE