DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE IGNACIO INIGUEZ-SANTANA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:09-cr-00252 AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE HEARING; |
| v. | ) | ORDER |
| | ) | |
| JOSE IGNACIO INIGUEZ-SANTANA, | ) | Date:  January 10, 2011 |
| (aka: Ismael Ibarra-Sanchez) | ) | Time:  9:00 A.M. |
| | ) | Judge: Hon. Anthony W. Ishii |
| Defendant. | ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-captioned matter now set for November 22, 2010, **may be continued to January 10, 2011, at 9:00 a.m.**

This continuance is requested to allow defense counsel additional time for further plea negotiation prior to the hearing. The parties will not receive the report from the psychiatrist relative to defendant's mental status until approximately December 12, 2010. Assistant United States Attorney Ian Garriques does not object to this request. The requested continuance will conserve time and resources for all parties and the court.

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(A) and (h)(7)(A) and (B).

                                BENJAMIN B. WAGNER
                                United States Attorney

DATED: November 18, 2010        /s/ Ian Garriques
                                IAN GARRIQUES
                                Assistant United States Attorney
                                Attorney for Plaintiff


                                DANIEL J. BRODERICK
                                Federal Defender

DATED: November 18, 2010        /s/ Melody M. Walcott
                                MELODY M. WALCOTT
                                Assistant Federal Defender
                                Attorney for Defendant
                                JOSE IGNACIO INIQUEZ-SANTANA


**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(A) and (h)(7)(A) and (B).


IT IS SO ORDERED.

Dated:   November 18, 2010                                          
                                                                     CHIEF UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
Hearing; Order                                -2-