1  BENJAMIN B. WAGNER
United States Attorney
2  IAN L. GARRIQUES
Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
Fresno, California 93721
4  Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5
Attorneys for the
6  United States of America

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      ) Case No. 1:09-CR-00252 AWI
                                   )
12              Plaintiff,         ) STIPULATION TO CONTINUE STATUS
                                   ) CONFERENCE; ORDER
13                                 )
            v.                     )
14                                 ) Date:  January 24, 2011
    JOSE IGNACIO INIGUEZ-SANTANA,  ) Time:  9:00 a.m.
15                                 ) Judge: Hon. Anthony W. Ishii
                Defendant.         )
16  _____)

17      **IT IS HEREBY STIPULATED** by and between the parties hereto,

18  and through their respective attorneys of record herein, that the

19  status conference now set for January 3, 2011, may be continued

20  to **January 24, 2011, at 9:00 a.m.**

21      The reason for the continuance is to allow for continuity of

22  counsel and further case preparation, investigation, and plea

23  negotiations.  The parties stipulate and agree that the interests

24  of justice served by granting this continuance outweigh the best

25  interests of the public and the defendant in a speedy trial and

26  that the delay from the continuance shall be excluded from the

27  calculation of time under the Speedy Trial Act pursuant to 18

28  U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

1  Dated: December 6, 2010              Respectfully submitted,

2                                       BENJAMIN B. WAGNER
                                        United States Attorney
3
                                   By:  /s/ Ian L. Garriques
4                                       IAN L. GARRIQUES
                                        Assistant U.S. Attorney
5

6

7  Dated: December 6, 2010         By:  /s/ Melody Walcott
                                        MELODY WALCOTT
8                                       Attorney for Defendant

9

10                          **O R D E R**

11     The intervening period of delay shall be excluded in the

12  interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and

13  3161(h)(7)(B)(iv).

14
    IT IS SO ORDERED.
15

16  Dated: _____December 7, 2010_____  _____
                                       CHIEF UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28